STATE OF CONNECTICUT *v.* JUAN V.

The defendant's petition for certification for appeal from the Appellate Court, 109 Conn. App. 431 (AC 28871), is denied.

PALMER, J., did not participate in the consideration of or decision on this petition.

*Steven L. Seligman,* in support of the petition.

*Sarah Hanna,* deputy assistant state's attorney, in opposition.

Decided September 25, 2008

IRENE SANDFORD *v.* WATSON B. METCALFE ET AL.

GRETCHEN PULVERMANN, EXECUTRIX (ESTATE OF MARY JANE WATSON) *v.* WATSON B. METCALFE ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 110 Conn. App. 162 (AC 29467), is denied.

ROGERS, C. J., and VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Daniel W. Moger, Jr.,* and *Joyce H. Young,* in support of the petition.

*James A. Fulton,* in opposition.

Decided September 25, 2008